UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:

JULIAN SALIM,                                                    Chapter 7
                                                                Case No. 13-42974-ess

                                     Debtor.
-----------------------------------------------------------------x
VW CREDIT, INC.,

                                     Plaintiff,
                                                                Adv. Pro. No. 13-01442-ess

          -against-

JULIAN SALIM,

                                     Defendant.
-----------------------------------------------------------------x

## ORDER ON MOTION FOR SUMMARY JUDGMENT

          Upon the motion for summary judgment dated June 11, 2014, pursuant to Federal Rule of

Civil Procedure 56, made applicable in this proceeding by Bankruptcy Rule 7056, filed by

plaintiff VW Credit, Inc. ("VCI") in this adversary proceeding against defendant Julian Salim;

and after consideration of the record, including the submissions of the parties, the arguments of

counsel, and the relevant factors, and for the reasons set forth in the Court's Memorandum

Decision dated March 16, 2015, on VCI's motion for summary judgment, it is hereby

          ORDERED, that VCI's motion for summary judgment is granted with respect to its claim

pursuant to Bankruptcy Code Section 523(a)(6) that the Judgment Debt owed by Salim to VCI,

including VCI's attorneys' fees and costs and expenses to protect its collateral, is not

dischargeable in this Chapter 7 bankruptcy case because it arose from a willful and malicious

injury by Salim to VCI or its property; and it is further

ORDERED, that VCI's motion for summary judgment is denied in all other respects.



**Dated: Brooklyn, New York**
**March 16, 2015**

_____
**Elizabeth S. Stong**
**United States Bankruptcy Judge**