Official Form 17
(12/04)

# United States Bankruptcy Court

__Eastern District__ District Of __New York__

In re Julian Salim_____,
      Debtor

Case No. __13-01442__

Chapter __7__

*[Caption as in Form 16A, 16B, or 16D, as appropriate]*

## NOTICE OF APPEAL

__Julian Salim_____, the plaintiff [*or defendant or* other party] appeals under 28 U.S.C. § 158(a) or (b) from the judgment, order, or decree of the bankruptcy judge (describe) entered in this adversary proceeding [*or other proceeding, describe type*] on the 28th_____ day of_____ March, 2015.
                                                                                                                                 (month)        (year)

The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

| Jason A. Little, Esq. | Jonathan R. Miller, Esq | George Bassias, Esq. |
|---|---|---|
| Deily & Glastetter LLP | The Law Office of Jonathan R. Miller | 21-83 Steinway |
| 8 Thurlow Terrace | 1310 River Road | Astoria, NY |
| Albany, NY 12203 | Titusville, NJ 08560 | gbassias@yahoo.com |
| jlittle@deilylawfirm.com | | (718) 721-4441 |
| (518) 436-0344 | | |

Dated: March 27, 2015

Signed: _____
           Attorney for Appellant (or Appellant, if not represented by an Attorney)

Attorney Name: __Phillip Jaffe_____

Address: __370 East 76th Street_____

         New York, NY 10021_____

Telephone No:   (212) 734-3535_____

If a Bankruptcy Appellate Panel Service is authorized to hear this appeal, each party has a right to have the appeal heard by the district court. The appellant may exercise this right only by filing a separate statement of election at the time of the filing of this notice of appeal. Any other party may elect, within the time provided in 28 U.S.C. § 158(c), to have the appeal heard by the district court.

*If a child support creditor or its representative is the appellant, and if the child support creditor or its representative files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.*